IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFFILIATED HEALTH CARE ASSOCIATES, P.C., on behalf of plaintiff and class members defined herein,<br><br>        Plaintiff,<br><br>     v.<br><br>MEDVERSANT TECHNOLOGIES, LLC, and HEALTHWAYS WHOLEHEALTH NETWORKS, INC., and JOHN DOES 1_10,<br><br>        Defendants. | Case No. 1:14-cv-10247<br><br>Honorable Virginia M. Kendall |

**Request for Judicial Notice In Support of Proposed Intervenor Edward Simon's Motion to Intervene and Motion to Stay**

      Pursuant to Rule 201 of the Federal Rules of Evidence, Proposed Intervenor Edward Simon respectfully requests that this Court take judicial notice of the following documents on the following grounds:

      1.    Edward Simon's Complaint in *Simon v. Healthways, Inc., et al.,* filed on September 16, 2014, in Los Angeles Superior Court (Case No. BC557772). A true and correct copy is attached as Exhibit A. The action was later removed to the United States District Court for the Central District of California and bears Case No. 2:14-cv-08022-BRO-JC.

1

2. The PACER Docket for *Simon v. Healthways, Inc., et al.,* Case No. 2:14-cv-08022-BRO-JC. A true and correct copy is attached as Exhibit B.

Judicial notice may be taken of proceedings in federal or state courts. Fed. R. Evid. 201(b); *see also Opoka v. INS*, 94 F.3d 392, 394 (7th Cir.1996) (recognizing that proceedings in other courts, both inside and outside the federal system, may be judicially noticed). "The most frequent use of judicial notice of ascertainable facts is in noticing the contents of court records. (Citation omitted.)" *Gen. Elec. Capital Corp. v. Lease Resolution Corp.*, 128 F.3d 1074, 1081-82 (7th Cir. 1997).

|  | Respectfully submitted, |
|---|---|
| Dated: March 4, 2015 | s/ Charles R. Watkins |

Charles R. Watkins
Email: charlesw@gseattorneys.com
Guin, Stokes & Evans, LLC
321 South Plymouth Court, Suite 1250
Chicago, IL 60604
Telephone: (312) 878-8391

One of the Attorneys for Edward Simon

Scott Z. Zimmermann
szimm@zkcf.com
601 Figueroa St., Suite 26120
Los Angeles, CA 90017
(213) 452-6509

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      s/Charles R. Watkins
      Charles R. Watkins